**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA JEAN QUEEN, | ) Case No.: 1:19-cv-1694- JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 15) |
| Defendant. | ) |

On July 10, 2020, the parties stipulated for Plaintiff to have an extension of time to file an opening brief.  (Doc. 15)  Notably, the Scheduling Order provides for a single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

1.     The motion for an extension of time (Doc. 15) is **GRANTED**; and

2.     Plaintiff **SHALL** file her opening brief no later than **August 19, 2020**.


IT IS SO ORDERED.

Dated:   **July 13, 2020**              _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE