# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN QUEEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-1694 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 22, 2020<br><br>(Doc. 19) |

On September 22, 2020, the Court ordered the Commissioner to show cause why sanctions should not be imposed for failure to comply with the scheduling order or, in the alternative, to file the responsive brief. (Doc. 19)  The same date, the Commissioner filed a response to the Court's order (Doc. 20) and the responsive brief (Doc. 21).  Accordingly, the Court **ORDERS**: the order to show cause dated September 22, 2020 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:   **September 23, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1